| | | |
|---|---|---|
| JARRON PAILEN<br>8140 Showcase Court<br>Pasadena, MD 21122 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| vs. | * | BALTIMORE CITY |
| PETER SUDKAMP<br>7106 Cynthia Court<br>Annandale, VA 22003 | * | CASE NO.: 24-C-23-2396 |
| and | * | |
| NORTHEAST REMSCO<br>CONSTRUCTION, INC.<br>1333 Campus Parkway<br>Wall Township, NJ 07753 | * | |
| Serve: Resident Agent<br>URS Agents, Inc. of Maryland<br>245 West Chase Street<br>Baltimore, MD 21201 | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND PRAYER FOR JURY TRIAL

Jarron Pailen, Plaintiff, by his attorney, Keith R. Siskind, Esquire and the Law Offices of Steinhardt, Siskind and Lieberman, LLC, hereby sues the Defendants, Peter Sudkamp (Sudkamp) and Northeast Remsco Construction, Inc. (Northeast), and in furtherance thereof respectfully states:

1. That Northeast is a New Jersey corporation registered to do business in the State of Maryland.

2. That at all times herein mentioned Sudkamp was an agent, servant and/or employee of Northeast acting within the scope of his duties and responsibilities.

3. That the Plaintiff was an employee for Strum Contracting and was working on a

1

construction project with Sudkamp and Northeast at 3500 Wabash Avenue in Baltimore, Maryland on June 26, 2020.

4. That at approximately 10:25 a.m. on June 26, 2020 the Plaintiff was working with Sudkamp to fit a top header beam in a shaft. The beam did not fit and Sudkamp instructed Plaintiff to spot him on a ladder from the shaft floor as Sudkamp attempted to lodge the beam in place with a sledgehammer.

5. That as Sudkamp swung the sledgehammer to strike the beam, the handle of the sledgehammer slipped from Sudkamp's hands causing the sledgehammer to fall into the shaft where it struck Plaintiff on his head and face.

6. That Sudkamp had a duty to keep a proper lookout for other employees prior to swinging the sledgehammer, to keep the sledgehammer under proper and sufficient control, to secure the sledgehammer in a manner so that it would not slip from his hands when used, and to cut the beam to fit it in place before using a sledgehammer.

7. That Northeast had a duty to properly supervise its employees and conform to a reasonable standard of conduct to avoid injuries to the Plaintiff, and to provide materials for the construction project of proper size and fit.

8. That Sudkamp and Northeast breached their respective duties as referenced in paragraphs 6 and 7.

9. That the actions of the Defendants were the direct and proximate cause of the Plaintiff's injuries.

10. That as a direct and proximate result of this incident the Plaintiff was caused to suffer and sustain severe, painful and permanent injuries to his head, body and limbs, and specifically to his head, face, neck, back, jaw and teeth.

11. That as a direct and proximate result of the aforesaid incident the Plaintiff was caused to be hospitalized and incurred large medical bills for the care and requisite treatment of his injuries and will in the future continue to incur such bills indeterminately.

12. That as a direct and proximate result of the aforesaid incident the Plaintiff was caused to lose time from his employment.

13. That the Plaintiff was, is and will be handicapped in the pursuit of his normal duties and avocations, and was, is and will be otherwise hurt and injured, all to his great loss and damage.

14. That the Plaintiff further avers that all his injuries, losses and damages, past, present and prospective were, are and will be caused solely and by reason of the negligence of the Defendants, without any negligence or want of due care on the part of the Plaintiff contributing thereto, either directly or indirectly.

WHEREFORE, this action is brought and Plaintiff claims damages in excess of Seventy Five Thousand Dollars ($ 75,000.00).

Keith R. Siskind, Esquire
Steinhardt, Siskind and Lieberman, LLC
808 Landmark Drive, Suite 227
Glen Burnie, MD 21061
410-766-7630
krs@steinhardtlawfirm.com
CPF #: 8706010368
Attorney for Plaintiff

### PRAYER FOR JURY TRIAL

The Plaintiff in the above captioned case hereby requests that this matter be heard before a Jury.

Keith R. Siskind, Esquire

3

IN THE CIRCUIT COURT FOR Baltimore City
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒ PLAINTIFF  ☐ DEFENDANT   CASE NUMBER _____ (Clerk to insert)

CASE NAME: Jarron Pailen vs. Peter Sudkamp, et al.
                   Plaintiff              Defendant

PARTY'S NAME: Jarron Pailen                                      PHONE:
PARTY'S ADDRESS: 8140 Showcase Court, Pasadena, MD 21122
PARTY'S E-MAIL:

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Keith R. Siskind, Esquire     PHONE: 410-766-7630
PARTY'S ATTORNEY'S ADDRESS: 808 Landmark Drive, Suite 227, Glen Burnie, MD 21061
PARTY'S ATTORNEY'S E-MAIL: krs@steinhardtlawfirm.com

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ____ hours  3 days

### PLEADING TYPE

New Case:  ☒ Original     ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box*.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000 |
| ☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____ |
| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)<br>A. Mediation   ☒Yes   ☐No        C. Settlement Conference   ☒Yes   ☐No<br>B. Arbitration  ☐Yes   ☐No        D. Neutral Evaluation          ☐Yes   ☐No |
| **SPECIAL REQUIREMENTS** |
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**<br>☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |
| **ESTIMATED LENGTH OF TRIAL** |
| With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. *(Case will be tracked accordingly)*<br>☐ 1/2 day of trial or less         ☐ 3 days of trial time<br>☐ 1 day of trial time              ☐ More than 3 days of trial time<br>☐ 2 days of trial time |
| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*<br>☐ **Expedited**- Trial within 7 months of Defendant's response      ☐ **Standard** - Trial within 18 months of Defendant's response |
| EMERGENCY RELIEF REQUESTED |

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response        ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

5-15-2023
Date

808 Landmark Drive, Suite 227
Address

Glen Burnie    MD    21061
City           State  Zip Code

/s/ [signature]
Signature of Counsel / Party

Keith R. Siskind, Esquire
Printed Name

CPF #: 2206010368

CC-DCM-002 (Rev. 04/2017)        Page 3 of 3