IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JARRON PAILEN                          :

    v.                                  :         CIVIL NO. ADC-23-1620

PETER SUDKAMP, et al..                 :

## ORDER

It is this 13th day of February, 2024 hereby ORDERED that the following schedule shall govern this case:

1. Motions in Limine, if any, shall be filed no later than **Wednesday, May 8, 2024.**

2. The proposed joint pretrial order is due **Wednesday May 22, 2024**. The parties shall comply with Local Rule 106.

3. A Telephone Pretrial Conference is scheduled for **Wednesday, May 29, 2024 at 10:00 a.m.** (Counsel only). Plaintiff's Counsel is asked to initiate the call.

4. The two-day Bench Trial is scheduled to begin on **Wednesday, June 5, 2024** at 9:30 **a.m.** (Courtroom to be determined).

Counsel are responsible for knowing all of the provisions of Local Rule 107 concerning trial conduct.

A. David Copperthite
United States Magistrate Judge